THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN LAWN,<br><br>                Plaintiff,<br><br>    v.<br><br>HOLLAND AMERICA LINE N.V., a Curacao corporation; HAL ANTILLEN N.V., a Curacao corporation; HAL NEDERLAND N.V., a Curacao corporation; HOLLAND AMERICA LINE INC., a Washington Corporation; HOLLAND AMERICA LINE USA INC., a Delaware corporation,<br><br>                Defendants. | No. C19-2089JLR<br><br>STIPULATION AND ORDER TO DISMISS CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE AND TO STRIKE CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE'S MOTION FOR JUDGMENT ON THE PLEADINGS AND FOR SUMMARY JUDGMENT<br><br>Note on Motion Calendar: May 4, 2022 |
| JOHN LAWN,<br><br>                Plaintiff,<br><br>    v.<br><br>TROPICAL TOURS BAJA CABO, SA de CV, a Mexican Company, and CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE,<br><br>                Defendants. | |

{29354-00815025;1}
STIPULATION AND ORDER TO DISMISS CARNIVAL
CORPORATION d/b/a CARNIVAL CRUISE LINE
Case No. C19-2089-JLR - Page 1

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

IT IS HEREBY STIPULATED by Plaintiff and Defendants Holland America Line N.V., HAL Antillen N.V., HAL Nederland N.V., Holland America Line Inc., Holland America Line USA Inc., and Carnival Corporation d/b/a Carnival Cruise Line that Defendant Carnival Corporation d/b/a Carnival Cruise Line shall be dismissed with prejudice and without fees or costs to any party, and that Defendant Carnival Corporation d/b/a Carnival Cruise Line's Motion for Judgment on the Pleadings and For Summary Judgment (Dkt. # 28) be stricken.

DATED this 4th day of May, 2022.

*s/ Louis Shields*
LOUIS A. SHIELDS, WSBA # 25740
*s/ Nathan J. Beard*
NATHAN J. BEARD, WSBA # 45632
LEGROS BUCHANAN & PAUL
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:    206-623-4990
Facsimile:    206-467-4828
Email:        lshields@legros.com
              nbeard@legros.com
Attorneys for Defendants

*s/Charles P. Moure (via email authorization)*
Charles P. Moure, WSBA #23701
MOURE LAW FIRM
1521 Second Avenue, Suite 1400
Seattle, WA 98101
206-300-2351
Charles@mourelaw.com
Attorney for Plaintiff

*s/Gordon C. Webb (via email authorization)*

{29354-00815025;1}
STIPULATION AND ORDER TO DISMISS CARNIVAL
CORPORATION d/b/a CARNIVAL CRUISE LINE
Case No. C19-2089-JLR - Page 2

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Gordon C. Webb, WSBA #22777
WEBB LAW
225 106th Ave NE
Bellevue, WA 98004
425-454-3800
Gordon@webblawfirm.net
Attorney for Plaintiff

{29354-00815025;1}
STIPULATION AND ORDER TO DISMISS CARNIVAL
CORPORATION d/b/a CARNIVAL CRUISE LINE
Case No. C19-2089-JLR - Page 3

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

# ORDER

PURSUANT TO THE FOREGOING STIPULATION, it is hereby ORDERED that Plaintiff's claims against Carnival Corporation d/b/a Carnival Cruise Line are dismissed with prejudice and without fees or costs awarded to any party.

SO ORDERED this 4th day of May, 2022.

*[signature]*

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF WASHINGTON

Presented By:

LE GROS, BUCHANAN & PAUL

By: */s/Nathan J. Beard*
LOUIS A. SHIELDS, WSBA # 25740
NATHAN J. BEARD, WSBA # 45632
4025 Delridge Way SW, Ste. 500
Seattle, WA 98106
Tel: (206) 623-4990
Fax: (206) 467-4828
Email: lshields@legros.com,
 nbeard@legros.com

Attorneys for Defendants

{29354-00815025;1}
STIPULATION AND ORDER TO DISMISS CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE
Case No. C19-2089-JLR - Page 4

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

  Charles P. Moure, Esq.
  Moure Law PLLC
  1521 Second Avenue, Suite 1400
  Seattle, WA 98101
  Email: Charles@mourelaw.com

  Gordon C. Webb, Esq.
  Webb Law Firm
  225 106th Avenue NE
  Bellevue, WA 98004
  Email: Gordon@webblawfirm.net

  I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

  Signed at Seattle, Washington.

  *s/Sheila Baskins*
  Sheila Baskins, Legal Assistant
  4025 Delridge Way S.W., Suite 500
  Seattle, Washington 98106
  Telephone:  206-623-4990
  Facsimile:  206-467-4828
  sbaskins@legros.com

{29354-00815025;1}
STIPULATION AND ORDER TO DISMISS CARNIVAL
CORPORATION d/b/a CARNIVAL CRUISE LINE
Case No. C19-2089-JLR - Page 5

Le Gros Buchanan
& Paul
4025 Delridge Way SW
Suite 500
Seattle, Washington  98106-1271
(206) 623-4990