JUDGE JAMES L. ROBART

1

2

3

4

5

6

UNITED STATES DISTRICT COURT
7      WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
8

9

JOHN LAWN,
10                    Plaintiff,       Case No.  2:19-cv- 02089-JLR

11      v.

12                            ORDER GRANTING STIPULATED
HOLLAND AMERICA LINE N.V., a      MOTION TO AMEND THE
Curacao corporation; HAL ANTILLEN   COMPLAINT
13   N.V., a Curacao corporation; HAL
NEDERLAND N.V., a Curacao corporation;
14   HOLLAND AMERICA LINE, INC., a
Washington corporation; HOLLAND     **Note on Motion Calendar: July 25, 2022**
15   AMERICA LINE-USA, INC., a Delaware
corporation;
16

17                    Defendants.

18      ————————————————
JOHN LAWN
19                  Plaintiff,

20      v.

21    TROPICAL TOURS BAJA CABO, SA de
CV, a Mexican Company, and Carnival
22   Corporation d/b/a Carnival Cruise Line,

23                    Defendants.

24

25

26

ORDER GRANTING STIPULATED MOTION TO      **Moure Law, PLLC**
AMEND THE COMPLAINT - 1                1521 Second Avenue
                                   Suite 1400
                     Seattle, Washington 98101
                     Phone: (206) 300-2351
                      Fax: (206) 374-2293

THIS MATTER comes before the Court on Plaintiff's Stipulated Motion for Leave to Amend Complaint.  This Court has reviewed the pleadings filed in favor of the Motion and is fully informed.

Having considered the moving pleadings, legal arguments, and all other matters presented to the Court, the Court finds there is good reason to allow the Plaintiff to file his First Amended Complaint.

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Amend Complaint is GRANTED, and it is further

ORDERED that the Plaintiff has leave to file his First Amended Complaint.


Dated this 26th day of July, 2022



By: _____

The Honorable James L . Robart




Presented By:

DATED this 25th day of July, 2022.

Respectfully submitted,

**SEATTLE MARITIME ATTORNEYS**

*s/Gordon Webb*
Gordon C. Webb, WSBA # 22777
225 106th Avenue NE
Bellevue, WA 98004
Telephone 425.454.3800
Email: Gordon@webblawfirm.net
Attorney for Plaintiff


ORDER GRANTING STIPULATED MOTION TO
AMEND THE COMPLAINT - 2

**Moure Law, PLLC**
1521 Second Avenue
Suite 1400
Seattle, Washington 98101
Phone: (206) 300-2351
Fax: (206) 374-2293

1

2    MOURE LAW, PLLC

3    By: *s/Charles Moure*
     Charles P. Moure, WSBA #27301
4    *Attorneys for Plaintiff*
     Moure Law, PLLC
5    1521 Second Ave., Ste. 1400
     Seattle, WA  98101
6    Phone: (206) 300-2351
     Email: charles@mourelaw.com
7
8    **By: s/Nathan J. Beard**
     **NATHAN J. BEARD**
9    **Attorney for the Defendants**
     . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
10   **LEGROS BUCHANAN & PAUL, P.S.**
     4025 Delridge Way SW, Suite 500
11   Seattle, WA  98106-1271
     **P**:  206.623.4990 **F**: 206.467.4828 **Direct**: 206.467.4012
12   WWW.LEGROS.COM

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION TO
AMEND THE COMPLAINT - 3

**Moure Law, PLLC**
1521 Second Avenue
Suite 1400
Seattle, Washington 98101
Phone: (206) 300-2351
Fax: (206) 374-2293