|   |   |
|---|---|
| JOHN LAWN, | CASE NO. C19-2089JLR |
| Plaintiff, | MINUTE ORDER |
| v. |   |
| HOLLAND AMERICA LINE N.V., et al., |   |
| Defendants. |   |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On July 27, 2022, the Clerk issued summons electronically as to Defendant Pacific Cruiseline Services, S.A. ("Pacific Cruiseline"). (Summons (Dkt. # 39).) To date, Plaintiff John Lawn has not provided proof of service for Pacific Cruiseline. (*See* Dkt.)

Under Federal Rule of Civil Procedure 4(m), the 90-day deadline for service of process does not apply where service is effected in a foreign country. Fed. R. Civ. P.

MINUTE ORDER - 1

4(m); *see also id.* 4(f), 4(h) (setting forth procedure for serving a corporation in a foreign country). Nevertheless, in the interest of managing its docket, the court ORDERS Mr. Lawn to submit a report no later than January 20, 2023, regarding the status of his efforts to serve Pacific Cruiseline.

Filed and entered this 9th day of January, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2