UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN LAWN,

                    Plaintiff,

     v.

HOLLAND AMERICA LINE N.V., et al.,

                 Defendants.

JOHN LAWN,

                    Plaintiff,

     v.

TROPICAL TOURS BAJA CABO, SA DE CV, et al.,

                 Defendants.

CASE NO. C19-2089JLR

ORDER OF DISMISSAL

On January 10, 2023, the parties notified the court that they had reached settlement and all claims against all parties had been resolved.  (Not. (Dkt. # 42).)  The

1  parties further advised that if a certificate of settlement without dismissal is not filed

2  within 60 days after the written notice of settlement is filed, the court may dismiss the

3  matter.  (*Id*.)  That deadline has now passed, and it appears that no issue remains for the

4  court's determination.  Accordingly, the court ORDERS that this action and all claims

5  asserted herein are DISMISSED with prejudice and without costs to any party.

6         In the event settlement is not perfected, any party may move to reopen the case,

7  provided such motion is filed within **60** days of the date of this order.  Any trial date and

8  pretrial dates previously set are hereby VACATED.

9         Dated this 13th day of March, 2023.

10

11

12                                          JAMES L. ROBART
                                            United States District Judge

13

14

15

16

17

18

19

20

21

22

ORDER - 2